**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01425-CV

**ALBERT MORRIS AND TILDA MORRIS, ET AL., Appellant**

**V.**

**UNIFIED HOUSING FOUNDATION INC., ET AL., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15358**

## ORDER

The Court has reviewed the clerk's record in this case. The clerk's record does not include the  March 10, 2014 judgment. Accordingly, the Court **ORDERS** the district clerk to file on or before July 25, 2014 a supplemental clerk's record including the March 10, 2014 final judgment.  The Court **DIRECTS** the Clerk to send a copy of this order by electronic transmission to Gary Fitzsimmons, District Clerk.

.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE